```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EVIO PHARMACY SOLUTIONS, LLC,

                Plaintiff,

    - against -

PFIZER INC.,

                Defendant.

**23 Civ. 7371 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court has received Plaintiff's letter dated August 24, 2023 (the "Letter") requesting that the Complaint previously filed by Plaintiff (see Dkt. No. 1) be permanently sealed. Plaintiff's request is granted. The Clerk's Office is respectfully directed to restrict the viewing level for Dkt. No. 1 to the Court, Plaintiff, and Defendant.

    Plaintiff also in the Letter requests leave to refile its unredacted Complaint and accompanying unredacted exhibits under seal. Plaintiff's request is granted. The Plaintiff is directed to refile its unredacted Complaint and accompanying unredacted exhibits, and the Clerk's Office is respectfully directed to restrict the viewing level for the same to the Court, Plaintiff, and Defendant, provided that Plaintiff complies with the direction in the next paragraph of this Order.

Finally, Plaintiff in the Letter requests leave to file a partially redacted version of its Complaint and redacted exhibits on the Court's public docket. Plaintiff's request is granted. The Plaintiff is directed to file the partially redacted version of the Complaint that it previously provided to the Court on the Court's public docket, along with the redacted exhibits.

Plaintiff is additionally directed to serve copies of the Letter and this Order upon Defendant.

**SO ORDERED.**

Dated:    31 August 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.