# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2228

E-mail Address
gwang@stblaw.com

VIA ECF

January 9, 2024

Re: *Evio Pharmacy Solutions, LLC v. Pfizer Inc.*,
Case No. 23-cv-07371

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Your Honor:

    We represent Defendant Pfizer Inc. ("Pfizer") in the above-captioned action. Pfizer and Plaintiff Evio Pharmacy Solutions, LLC ("Evio") jointly respectfully request that the initial pretrial conference, scheduled for January 17, 2024 per the Court's January 3, 2024 order (ECF No. 23), as well as the accompanying deadlines, be adjourned until February 7, 2024, or another date the week of February 5, 2024. This is the first request for an adjournment of the initial pretrial conference. The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ George S. Wang
George S. Wang

cc: All counsel (via ECF)

GRANTED. The Court reschedules the initial pretrial conference in this case to **February 7, 2024 at 2 p.m.** Preconference materials are due seven days before. All dial-in details remain the same as stated in the Court's prior order. SO ORDERED.

Dated: January 9, 2024
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge