# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number                                                                                    E-mail Address
+1-212-455-2228                                                                                       gwang@stblaw.com

VIA ECF                                                                           January 31, 2024

Re:   *Evio Pharmacy Solutions, LLC v. Pfizer Inc.*,
      Case No. 23-cv-07371

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Your Honor:

We represent Defendant Pfizer Inc. ("Pfizer") in the above-captioned action. Pfizer and Plaintiff Evio Pharmacy Solutions, LLC ("Evio") jointly respectfully request that the initial pretrial conference, scheduled for February 7, 2024 per the Court's January 9, 2024 order (ECF No. 25), as well as the accompanying deadlines, be adjourned until February 28, 2024, or another date the week of February 26, 2024. This is the parties' second request for an adjournment of the initial pretrial conference. The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ George S. Wang
George S. Wang

cc:   All counsel (via ECF)

GRANTED. The Court reschedules the IPTC in this case to **March 7, 2024, at 2 p.m.** Pre-conference materials are due two days beforehand. Dial-in information remains the same as in the Court's prior order. The Court will not grant any further adjournments absent good cause. SO ORDERED.

Dated: February 1, 2024                         _____
        New York, New York                          PAUL A. ENGELMAYER
                                                    United States District Judge