<u>VIA ECF</u>                                                            March 5, 2024

Re:   *Evio Pharmacy Solutions, LLC v. Pfizer Inc.*,
       Case No. 23-cv-07371

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Your Honor:

Plaintiff Evio Pharmacy Solutions, LLC ("Evio") and Defendant Pfizer Inc. ("Pfizer") write jointly to report that the parties are nearing completion of discussion for a settlement of this dispute and respectfully request that the initial pretrial conference, scheduled for March 7, 2024 (ECF No. 27), be adjourned until on or around April 2, 2024. This is the parties' third request for an adjournment of the initial pretrial conference. The parties submit that the near-completion of settlement negotiations is good cause for this adjournment, and anticipate that no future requests will be necessary. The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Mark W. Bina
Mark W. Bina

/s/ George S. Wang
George S. Wang

cc:    All counsel  (via ECF)

GRANTED.  The Court reschedules the initial pretrial conference in this case to April 4, 2024 at 2 p.m.  Dial-in information remains as stated in the Court's prior order.

SO ORDERED.

Dated: March 6, 2024
       New York, New York

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge