<u>VIA ECF</u>                                                                                               April 2, 2024

                                                 Re:   *Evio Pharmacy Solutions, LLC v. Pfizer Inc.*,
                                                         **Case No. 23-cv-07371**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Engelmayer:

       The parties have reached a settlement in principle and are finalizing a definitive settlement agreement. The parties respectfully jointly request that the initial pretrial conference, scheduled for April 4, 2024 (ECF No. 35), be adjourned until on or around April 30, 2024. The parties thank the Court for its consideration of this request.

                                                                         Respectfully submitted,

                                                                         /s/ Mark W. Bina
                                                                       Mark W. Bina

                                                                        /s/ George S. Wang
                                                                        George S. Wang

cc: All counsel (via ECF)

                           GRANTED. The initial pretrial conference is rescheduled to **April 30, 2024 at 3 p.m.** Preconference filings are due two days before.

                           SO ORDERED.

                           Dated: April 3, 2024                  _____
                                   New York, New York            PAUL A. ENGELMAYER
                                                                  United States District Judge