VIA ECF                                                                April 26, 2024


                              Re:    ***Evio Pharmacy Solutions, LLC v. Pfizer Inc.,***
                                     **Case No. 23-cv-07371**


The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Engelmayer:

       The parties have reached a settlement in principle and are in the final stages of finalizing
a definitive settlement agreement.  The parties respectfully jointly request that the initial pretrial
conference, scheduled for April 30, 2024 (ECF No. 38), be adjourned until on or around May 15,
2024.  The parties thank the Court for its consideration of this request.


                                              Respectfully submitted,


                                              /s/ Mark W. Bina
                                              Mark W. Bina


                                              /s/ George S. Wang
                                              George S. Wang


cc: All counsel (via ECF)


GRANTED.  The initial pretrial conference in this case is rescheduled to **May 14, 2024 at
3:30 p.m.**

SO ORDERED.

Dated: April 29, 2024                    _____
       New York, New York                     PAUL A. ENGELMAYER
                                               United States District Judge